# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-643
_____

J.L.M., A Child,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____


On appeal from the Circuit Court for Nassau County.
Steven Fahlgren, Judge.

September 13, 2019


PER CURIAM.

  AFFIRMED.

LEWIS, B.L. THOMAS, and ROWE, JJ., concur.

_____

  ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Jasmine Russell, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.